Dustin Deissner
VAN CAMP & DEISSNER
1707 W. Broadway Ave.
Spokane WA 99201
509.326.6935 voice
509.326.6978 fax
deissnerlaw@aol.com email
ISB# 5937

Attorneys for Plaintiff
Marti Mortensen

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARTI MORTENSEN,<br>    Plaintiff<br><br>v.<br><br>BOUNDARY ABSTRACT CO. LTD., an Idaho Corporation,<br>    Defendant | )<br>)<br>) Case No.<br>)<br>)<br>) COMPLAINT<br>)<br>) |

MARTI MORTENSEN by her counsel Dustin Deissner and Van Camp & Deissner complains:

**1.** PARTIES

    1.1    MARTI MORTENSEN is a married woman, dealing at this time in her separate property, who resides in the State of California.

    1.2    MARTI MORTENSEN is the assistant manager and successor in interest to TIMBER LAND AG L.L.C., a former Idaho Corporation which was

COMPLAINT   p. 1

administratively dissolved in 2006.

    1.2.1   TIMBER-LAND-AG L.L.C. was wholly owned by the marital community of MARTI MORTENSEN and VERNON MORTENSEN.

    1.2.2   As the result of a divorce and property settlement agreement between MARTI MORTENSEN and VERNON MORTENSEN, VERNON MORTENSEN quit claimed his interest in the Corporation to MARTI MORTENSEN.

1.3   BOUNDARY ABSTRACT CO. is an Idaho corporation authorized as a Title Insurance Company and Producer in the State of Idaho.  At all times relevant hereto BOUNDARY ABSTRACT CO. operated offices in Bonners Ferry, Idaho, in Boundary County.

2.   JURISDICTION AND VENUE

2.1   Jurisdiction lies in this matter under Diversity in that all plaintiffs reside in California; all defendants reside or have their principal place of business in Idaho. The Court has jurisdiction over the matter under 28 U.S.C. § 1332.

2.2   Plaintiff asserts that the claim in this matter exceeds $75,000.00, greater than the amount required under 28 U.S.C. § 1332.

2.3   Venue lies in the judicial district of Idaho, as Defendants reside there, and a substantial part of the events giving rise to the claim occurred there, per 28

U.S.C. § 1391 (b)(1) and (2).

2.4   Defendants' principle place of business and the locus of events in this matter was in Boundary County in North Idaho, making Coeur d'Alene Idaho the appropriate physical venue.

3.   UNDERLYING FACTS

3.1   BOUNDARY ABSTRACT CO. Issues an ALTA Owner's Policy of Title Insurance to TIMBER-LAND-AG L.L.C. on 3/24/1999, order number 9800348.

3.2   Said title policy insured property, described in detail in exhibit A, known informally as "Nimz Ranch," which was owned by TIMBER-LAND-AG; said corporation being owned in turn by the marital community of MARTI MORTENSEN and VERNON MORTENSEN.

3.3   Pursuant to a property settlement arising out of the pending divorce between MARTI MORTENSEN and VERNON MORTENSEN, ownership of the Nimz Ranch property was vested totally in MARTI MORTENSEN by quit claim deed from VERNON MORTENSEN.

3.4   MARTI MORTENSEN therefore became the sole successor in interest to TIMBERLAND AG L.L.C. and sole owner of the Nimz Ranch property which was the subject of the Title Policy at Exhibit A.

3.5   In 2009 MARTI MORTENSEN engaged in an agreement to sell the Nimz

Ranch property to the Kootenai Tribe of Indians.

3.6  In preparing to execute the sale of the property MORTENSEN discovered numerous problems with title claims and irregularities that were not reported in the title policy in Exhibit A, which will be shown in detail at trial.

3.7  As a result, MARTI MORTENSEN was forced to expend substantial time, effort and cost to cure title defects before the sale could be completed.

3.8  Additionally, the delay caused by the need to cure title defects caused MARTI MORTENSEN to lose valuable opportunities which she would not have lost had the title irregularities not existed.

4.0  CAUSE OF ACTION FOR BREACH OF CONTRACT

4.1  BOUNDARY ABSTRACT therefore breached its duties under the title insurance policy at Exhibit A.

4.2  MARTI MORTENSEN suffered economic losses as a result of said breach in excess of $ 100,000.00.

5.0  CAUSE OF ACTION FOR NEGLIGENCE

5.1  Alternatively BOUNDARY ABSTRACT CO. was negligent in preparing and issuing its title policy.

5.2  MARTI MORTENSEN suffered foreseeable injury as a result of said negligence in an amount exceeding $ 100,000.00.

6.0  CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY

6.1   BOUNDARY ABSTRACT CO. Owed a fiduciary duty to MARTI MORTENSEN to exercise the skill and care normal for tile insurers in preparing and issuing its title policy,

6.2   BOUNDARY ABSTRACT's failure to exercise such care resulted in injuries to MARTI MORTENSEN exceeding $100,000.00.

7.0   PRAYER

7.1   Plaintiff prays for money damages in excess of $ 100,000.00, in a total amount to be shown at trial.

7.2   Plaintiff seeks her attorneys fees, costs and such other and further relief as the Court may see fit to award.

November 23, 2010

VAN CAMP & DEISSNER

S/ *Dustin Deissner*
Dustin Deissner, ISB# 5937
VAN CAMP & DEISSNER
1707 W. Broadway Ave.
Spokane WA 99201
Voice 509-326-6935
Fax 509-326-6978
Email deissnerlaw@aol.com
Attorney for MARTI MORTENSEN