Dustin Deissner
VAN CAMP & DEISSNER
1707 W. Broadway Ave.
Spokane WA 99201
509.326.6935 voice
509.326.6978 fax
deissnerlaw@aol.com email
ISB# 5937

Attorneys for Plaintiff
Marti Mortensen

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARTI MORTENSEN, | ) |
|     Plaintiff | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| BOUNDARY ABSTRACT CO. LTD., an Idaho Corporation, | ) MOTION FOR VOLUNTARY ) DISMISSAL |
|     Defendant | ) |
| _____ | |

    The Plaintiff moves that this matter may be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii). Opposing counsel so stipulates.

February 23, 2011

                                                    VAN CAMP & DEISSNER

                                                  S/ *Dustin Deissner*
                                                  Dustin Deissner, ISB# 5937
                                                  VAN CAMP & DEISSNER
                                                  1707 W. Broadway Ave.

MOTION FOR VOLUNTARY DISMISSAL   p. 1

Spokane WA 99201
Voice 509-326-6935
Fax 509-326-6978
Email deissnerlaw@aol.com
Attorney for MARTI MORTENSEN

MOTION FOR VOLUNTARY DISMISSAL    p. 2