Dustin Deissner
VAN CAMP & DEISSNER
1707 W. Broadway Ave.
Spokane WA 99201
509.326.6935 voice
509.326.6978 fax
deissnerlaw@aol.com email
ISB# 5937

Attorneys for Plaintiff
Marti Mortensen

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| MARTI MORTENSEN, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| BOUNDARY ABSTRACT CO. LTD., an | ) | STIPULATION FOR VOLUNTARY |
| Idaho Corporation, | ) | DISMISSAL |
| Defendant | ) | |

The parties stipulate that this matter may be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

February 23, 2011

                  VAN CAMP & DEISSNER

                  S/ *Dustin Deissner*
                  Dustin Deissner, ISB# 5937
                  VAN CAMP & DEISSNER
                  1707 W. Broadway Ave.

STIPULATION FOR VOLUNTARY DISMISSAL   p. 1

                                                Spokane WA 99201
                                                Voice 509-326-6935
                                                Fax 509-326-6978
                                                Email deissnerlaw@aol.com
                                                Attorney for MARTI MORTENSEN

So Stipulated:

                                            S/ *Brent Featherston*
                                            Brent Featherston
                                            brent@featherstonlaw.com.
                                            Attorney for Defendant

## DECLARATION

Dustin Deissner declares upon penalty of perjury that Brent Featherston has approved the above stipulation by telephone/email.

February 23, 2011

                                            S/ *Dustin Deissner*
                                            Dustin Deissner